Name, Address and Telephone Number of Attorney(s):
Jean M. Lawler
Lawler ADR Services, LLC
106 Standard Street
El Segundo, CA 90245
310-683-4332

CLEAR FORM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Ruben Paul Gonzales, | CASE NUMBER |
|---|---|
| Plaintiff(s) | 8:19-cv-01913-JLS (DFMx) |
| v. | |
| Paul D. Selman Family Dentistry, et al., | MEDIATION REPORT |
| Defendant(s). | |

***Instructions:*** *The mediator must file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator must file a subsequent Report.*

1. ☑ A mediation was held on (date): December 20, 2019 .

   ☐ A mediation did not take place because the case settled before the session occurred.

2. The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:

   ☑ Appeared as required by Civil L.R. 16-15.5(b).
   ☐ Did not appear as required by Civil L.R. 16-15.5(b).
      ☐ Plaintiff or plaintiff's representative failed to appear.
      ☐ Defendant or defendant's representative failed to appear.
      ☐ Other:

3. Did the case settle?
   ☑ Yes, fully, on December 20, 2019 (date).
   ☐ Yes, partially, and further facilitated discussions are expected. *(See No. 4 below.)*
   ☐ Yes, partially, and further facilitated discussions are **not** expected.
   ☐ No, and further facilitated discussions are expected. *(See No. 4 below.)*
   ☐ No, and further facilitated discussions are **not** expected.

4. If further facilitated discussions are expected, by what date will you check in with the parties?
   _____ .

Dated: December 23, 2019

*Jean M. Lawler*
Signature of Mediator

Jean M. Lawler
Name of Mediator (print)

The Mediator is to electronically file original document.

ADR-03 (01/14)     MEDIATION REPORT     Page 1 of 1