JS-6

John Edwards Esq,
State Bar Number: 70737
17221 E. 17th St., Ste #F
Santa Ana, CA 92705
Telephone: [714]- 617-5868
Email Address: edwardsjonathanlaw@yahoo.com

Attorney for Plaintiff,
RUBEN PAUL GONZALES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| RUBEN PAUL GONZALES, | Case No.: 8:19-cv-01913-JLS-DFM |
|---|---|
| Plaintiff, | |
| vs. | **ORDER** |
| | **RE: JOINT STIPULATION FOR** |
| PAUL D. SELMAN FAMILY DENTISTRY, a business entity; PAUL D. SELMAN, an individual; DAMIANO-PURCHA ALYSON R TRUST, a trust; and ALYSON DAMIANO PURCHA SEPARATE PROPERTY TRUST, a trust, | **DISMISSAL** |
| Defendants | |

Having considered Plaintiff's Joint Stipulation and finding good cause therefore,

IT IS HEREBY ORDERED that Plaintiff's Joint Stipulation for Dismissal is GRANTED.

Dated: 01/27/2020

JOSEPHINE L. STATON

JUDGE OF U.S. DISTRICT COURT

3
JOINT STIPULATION OF DISMISSAL